IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| D E ENTERPRISES, LLC, d/b/a CASCADES DEVELOPMENT GROUP, LLC, ) ) ) Plaintiff, ) ) v. ) ) ZURICH NORTH AMERICA d/b/a ) ASSURANCE COMPANY OF AMERICA, ) ) Defendant. ) | Civil Action No: 3:06 CV 692- (formerly CV-06-69 in the Circuit Court of Tallapoosa County, Alabama) |

### NOTICE OF REMOVAL

TO:  Lee R. Benton, Esq.
     Benton & Centeno LLP
     2019 Third Avenue North
     Birmingham, AL 35203

     Honorable Frank Lucas
     Circuit Clerk, Tallapoosa County
     Courthouse
     125 N. Broadnax
     Dadeville, AL 36853

Defendant, Assurance Company of America, Inc. ("ACoA")[1], hereby files this notice of removal pursuant to 28 U.S.C.A. § 1332 (1994) and 28 U.S.C.A. § 1446 (1994).[2] This action is

---

[1]  Assurance Company of America is the entity that issued Plaintiff's policy and is thus the proper party defendant. Plaintiff, however, has also sued Zurich North America. Zurich North America is a trade name for Assurance Company of America and is not a proper defendant. Nonetheless, to the extent the Plaintiff and/or the Court might consider Zurich North America to be a proper party, this Removal should be deemed filed on behalf of both Assurance Company of America and Zurich North America.

[2]  By filing this Notice of Removal, Defendant ACoA does not waive any of its defenses or affirmative defenses, including without limitation, defenses or affirmative defenses based on insufficiency of process, insufficiency of service of process or lack thereof, improper venue and lack of personal jurisdiction.

being removed from the Circuit Court of Tallapoosa County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division, which is the District Court of the United States for the district embracing the place where this action is pending, for the reasons set forth below:

1. Plaintiff, D E Enterprises, LLC d/b/a Cascades Development Group, LLC, filed this civil action, <u>D E Enterprises, LLC d/b/a Cascades Development Group, LLC v. Zurich North America d/b/a Assurance Company of America</u>, Civil Action Number CV-06-69, in the Circuit Court of Tallapoosa County, Alabama.

2. Plaintiff alleges that Defendant ACoA breached an insurance policy and acted in bad faith in refusing to pay Plaintiff's insurance claim.

3. This action could have originally been filed in this Court pursuant to 28 U.S.C.A. § 1332 (1994) because complete diversity of citizenship exists between the parties and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

I. **JURISDICTION IS FOUNDED ON DIVERSITY OF CITIZENSHIP AND AMOUNT IN CONTROVERSY.**

   A. **Diversity Exists Between the Real Parties in Interest.**

   1. Defendant ACoA is and was at the time of the commencement of this action a corporation incorporated in the State of New York, having its principal place of business in the State of Illinois.

   2. Plaintiff is and was at the time of the commencement of this action a resident citizen of the State of Alabama. <u>See</u> Complaint.

3. Complete diversity of citizenship, therefore, exists between the real parties in interest.

**B.    The Amount in Controversy Exceeds $75,000.00, Exclusive of Interest and Costs.**

1. In Count One of Plaintiff's Complaint, Plaintiff demands judgment against Defendant ACoA in the sum of $300,000 in compensatory damages. See Complaint. In Count Two of Plaintiff's Complaint, Plaintiff demands judgment against Defendant ACoA in the amount of $500,000.00 in both compensatory and punitive damages. Id. Clearly, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**II.    ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED.**

1. Defendant ACoA was served on or about July 11, 2006. Less than thirty (30) days have elapsed since service upon Defendant ACoA; thus, the time within which to answer or otherwise plead has not expired. Defendant ACoA has not filed an answer or otherwise responded to Plaintiff's Complaint. This Notice of Removal, therefore, has been filed within the time allowed by law.

2. Additionally, pursuant to 28 U.S.C.A. § 1446(a) (1994), a copy of the process, pleadings, and orders filed in the Circuit Court of Tallapoosa County, Alabama are attached hereto as "Exhibit A."

3. Finally, in accordance with 28 U.S.C.A. § 1446(d) (1994), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Tallapoosa County, Alabama, by United States Mail, first class postage prepaid. Written notice of the same is also being given to the Plaintiff by United States Mail, first class postage prepaid.

4.   Clearly, based on the foregoing, this Court has jurisdiction pursuant to 28 U.S.C.A. § 1332. Complete diversity of citizenship exists between the real parties in interest, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

WHEREFORE, Defendant ACoA hereby removes to this Court the above-styled action from the Circuit Court of Tallapoosa County, Alabama. Further Defendant ACoA prays that this Court will assume jurisdiction over said civil action to the exclusion of any further proceedings in the aforementioned State Court.

Respectfully submitted,

_____
THOMAS M. O'HARA     (O'H002)
ANNE LAURIE SMITH     (SMI267)
Attorneys for Assurance Company of America, Inc.

Of Counsel:

McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
Post Office Box 350
Mobile, Alabama 36601
Ph. (251)432-5300
Fax (251)432-5303

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on Counsel for all Parties to this proceeding, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this 2nd day of August, 2006.

_____
ANNE LAURIE SMITH

4

Lee R. Benton, Esq.
Benton & Centeno LLP
2019 Third Avenue North
Birmingham, AL 35203

| State of Alabama Unified Judicial System | SUMMONS | Case Number |
|---|---|---|
| C-34J 4/82 | - CIVIL - | CV 06 69 |
| | | ID YR NUMBER |

Joel's Per e-mail
KSR 7/13/06

IN THE **CIRCUIT** COURT OF **TALLAPOOSA COUNTY**

Plaintiff **D E ENTERPRISES, LLC d/b/a CASCADES DEVELOPMENT GROUP, LLC** Defendant **ZURICH NORTH AMERICA d/b/a ASSURANCE COMPANY OF AMERICA**

NOTICE TO **ZURICH NORTH AMERICA, P.O. Box 28777, Baltimore, MD 21240.**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFF, **Lee R. Benton**, WHOSE ADDRESS IS **2019 Third Avenue North, Birmingham, Alabama 35203**.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant.

X   This service by certified mail of this summons is initiated upon the written request of _____ pursuant to Rule 4.1(c) the Alabama Rules of Civil Procedure.

Date **6.28.06**   _____ Lucas _____ By: _____
                   Clerk/Register

RETURN ON SERVICE:

☐ Certified mail return receipt received in this office on (Date)_____
  (Return receipt hereto attached.)

☐ I certify that I personally delivered a copy of the Summons and Complaint to_____
  _____ in _____ County, Alabama on
  (Date)_____

Date _____                Server Signature _____

Address of Server _____    Type of Process Server _____

G:\wpusers\LRB\Cascades-Evans-DE Ent 2210\p-summons-Zurich.wpd

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
DADEVILLE DIVISION

D E ENTERPRISES, LLC, d/b/a )
CASCADES DEVELOPMENT GROUP, )
LLC, )
 )
 )
 Plaintiff, )
 )
v. ) CV- 06.69
 )
 )
ZURICH NORTH AMERICA d/b/a )
ASSURANCE COMPANY OF AMERICA )
 )
 Defendants. )

## COMPLAINT

Comes now Plaintiff, DE Enterprises, LLC d/b/a Cascades Development Group, LLC ("Plaintiff") and states its complaint against the Defendant, as follows:

1. Plaintiff is an Alabama corporation with its principal operations located in Dadeville, Alabama.

2. Zurich North America d/b/a Assurance Company of America ("Defendant") is believed to be a Maryland corporation which provided certain insurance to Plaintiff, as will be described in more detail herein below.

### Factual Statement

3. Plaintiff purchased real property known as "the Cascades", which it developed and marketed for sale to the public. Prior to the purchase, the previous owner constructed water infrastructure lines, including water mains, PVC piping, meters and the like. At some point, the water line was severed to perform grading. Subsequent to repairs to the line being made, Plaintiff purchased the property. On or about September 14, 2004, the fittings placed on the

G:\wpusers\LRB\Cascades-Evans-DE Ent 2210\P-complaint against zurich.wpd

repaired water lines failed and caused flooding of the house located at 236 Falling Water Drive, Walnut Hill, Alabama (the "Property"). As a result, the Property was damaged by mud and water.

4. Plaintiff became aware of the water damage to the property located at on or about September 14, 2004, and provided notice of such loss to Defendant on or about September 15, 2004. The claim number assigned was 5350024163.

5. Plaintiff entered into an agreement with Defendant for Defendant to provide Builder's Risk Insurance to Plaintiff effective February 9, 2004 for one year. *See* insurance policy attached as Exhibit A.

6. From September 2004 until February 2005, Defendant investigated this loss. On February 9, 2005, Plaintiff received a letter from Defendant stating that the "loss was not a covered loss" per the policy. *See* letter attached as Exhibit B. According to Defendant, the loss is excluded based on the following section of the policy:

> e. Water
>
>   (4) Water under the ground surface pressing on, or flowing or seeping through:
>
>     (a) Foundations, walls, floors or paved surfaces;
>
>     (b) Basements, whether paved or not; or
>
>     (c) Doors, windows or other openings.

7. According to the Defendant, investigations of the Property loss revealed that "[t]he water entered the building by leaching through the walls causing the interior damage" and, therefore, the claim was denied. However, the damage to the Property was not caused by a flood,

surface water, rain, mud slide, mud flow, or sewage backup and it was not ground water. Therefore, there is no language within the policy which excludes the type of water damage that was incurred in this situation.

8. Defendant's denial of the claim, contrary to the language of the policy, constitutes bad faith and a breach of its insuring agreement. To date, Defendant continues to fail to honor its insuring agreement. Defendant has not covered any damages sustained at the Property, contrary to what is required under its insuring agreement.

## COUNT ONE

9. Plaintiff adopts and incorporates herein by reference each and every allegation set forth herein above as if fully set forth herein.

10. Plaintiff avers that Defendant has breached the terms of its insuring agreement and insurance policy by failing to make payment to Plaintiff for losses sustained in the Property Loss. Plaintiff avers that the breaches of such contract is occasioned by failure to honor such claims which have been substantially proven although Defendant continues to fail and refuse to make payment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant for the sum of $300,000 compensatory, incidental and consequential damages, interest and costs of this action.

## COUNT TWO

11. Plaintiff adopts and incorporates herein by reference each and every allegation set forth herein above as if fully set forth herein.

12. Plaintiff avers that Defendant has failed to act in good faith with respect to its policy of insurance and has, instead, committed the tort of bad faith. There is no justifiable reason for the continued failure to honor the terms of such insurance policy and, instead, Plaintiff avers that the actions of Defendant, its employees and independent contractors retained under its authority and at its direction, have actively delayed payment, protracted the claims settlement process, and otherwise displayed bad faith. Such actions constitute constructive denial of the claim and were undertaken knowingly and intentionally.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Hartford for the sum of $300,000 in compensatory, incidental and consequential damages, $500,000 in punitive damages, interest and costs of this action.

_/s/ Lee R. Benton_
Lee R. Benton (ASB-8421-E63L)
Attorney for Plaintiff

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: 205-278-8000
Facsimile: 205-278-8008

## PLAINTIFF DEMANDS TRIAL BY STRUCK JURY

_/s/ Lee R. Benton_
Lee R. Benton (ASB-8421-E63L)
Attorney for Plaintiff

**Serve Defendants as Shown Below**

Zurich North America
P.O. Box 28777
Baltimore, MD 21240

INLAND MARINE DECLARATIONS

ZURICH
ASSURANCE COMPANY OF AMERICA
NEW YORK, NEW YORK 10038
A Stock Company

The Inland Marine Declarations and Endorsement, if any, issued to form a part thereof, completes the Commercial Insurance Policy numbered as follows: BR 48521190

☒ New Policy
☐ Renewal of _____
☐ Rewrite of _____

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.
THIS IS A CONSURANCE CONTRACT. Please read your policy.

1. Named Insured and Mailing Address:
D E ENTERPRISES LLC
7051 HWY 49 SO.
DADEVILLE, AL 36853

2. Producer Information (complete A-E)
A) Name: Dark Insurance Agency, Inc.
P.O. Box 506
Alexander City, AL 35011
B) Telephone #: 256-234-5026
C) Fax #: 256-234-5038
D) Zurich Producer #: 12534503
E) Field Office Name: WESTERN GEORGIA
F) Field Office Code: 69

3. Policy Period – From Effective Date Of: 02 09 2004
to (check one): ☐ Continuous Reporting  ☒ One Year From Effective Date
12:01 a.m. Standard Time at your mailing address above.

4. Form of Business: ☐ Individual  ☐ Partnership  ☒ Corporation  ☐ Joint Venture  ☐ Other
5. Limits of Insurance (select either One-Shot or Reporting Form option below)

☐ Reporting Form (continuous policy)
☐ Annual Rate  ☐ Monthly Rate (HBIS-4)
☐ Including Existing Building or Structure (HBIS-37)

A) Any one structure*  $ 3,000,000
B) Property temporarily at any other premises  $ 10,000
C) Property in transit  $ 25,000
D) All covered property at all locations  $ 5,000,000
E) Development/Subdivision Fences/Walls or Signs  Per Report
F) Rate  Per Report
G) Premium  Per Report
H) Tax (applicable in KY only)  Per Report
I) Total Fully Earned Policy Premium  Per Report
* Subject to underwriting guidelines

☒ One-Shot (non-reporting form/single structure policy) HBIS-1
☒ 1-12 Family Dwelling  ☐ Commercial Structure
☐ Including Existing Building or Structure (HBIS-37)
Property Location: 238 FALLING WATER DR
DADEVILLE, AL 36853

A) Any one structure  $ 285,000
B) Property temporarily at any other premises  $ 10,000
C) Property in transit  $ 25,000
D) All covered property at all locations (same as A unless otherwise noted)  $ 285,000
E) Development/Subdivision Fences/Walls or Signs  $ 0
F) Rate  0.45
G) Premium  $ 1,283.00
H) Tax (applicable in KY only)  $ 0.00
I) Total Fully Earned Policy Premium (minimum premium applicable)  $ 1,283.00

6. Deductible (minimum $500 unless otherwise indicated): ☒ $1,000  ☐ $2,500  ☐ $5,000  ☐ Other _____

7. Forms Applicable To All Coverage Parts:
☒ 40471  Builders Risk Coverage Form
☒ 47631  Comm. Inland Marine Coverage Part
☒ CM0001  Comm. Inland Marine Conditions
☒ IL0017  Common Policy Conditions (IL0145 in WA)
☐ HBIS-58  Development/Subdivision Walls/Fences/Signs
☐ 8HD003  Florida Builders Risk Declarations
☐ HBIS-35  Windstorm or Hail Exclusion
☐ HBIS-37  Existing Building(s) or Structure(s)

☐ HBIS-42  Florida Fraud Statement
☐ HBIS-43  Windstorm Percentage Deductible
☐ HBIS-44  New York Fraud Statement
Other forms: (list other applicable state and/or HBIS forms; all required state forms applicable)
IL01BD, IL-GU-830-A, HBIS-67

Countersigned: _____  Date _____

By: _____  Authorized Representative

FM 170001 Rev. 07/00

INSURED COPY   MORTGAGEES COPY   AGENT COPY   BUILDERS RISK PLAN COPY

# EXHIBIT A

From: Donna Gano At Dark Insurance Agency FaxID: To: Lee Benton    Date: 7/25/05 03:49 PM Page: 2 of



# ZURICH

February 9, 2005

D E Enterprises, LLC
7051 Hwy 49 S
Dadeville, AL 36853

RE: Claim Number: 5350024163
 Date of Loss: 9/11/04
 Type of Loss: Water Damage
 Location of Loss: 236 Falling Water Dr
 Policy Number: BRN 48521190

Dear Sir:

This letter is sent in acknowledgement of the receipt of the above referenced claim and to advise that we have completed our investigation of your loss and review of items claimed.

Zurich North America

P.O. Box 28777
Baltimore, MD 21240

Phone (800) 239-6851
Fax (800) 404-9987
http://www.zurichna.com

On September 15, 2004 we made contact to discuss the details of this claim for water damage at the above location. As described, the home was just completed and there had been a water main burst. Water and mud ran against the foundation and seeped through the walls.

I assigned an independent adjuster to review and adjust the loss.

Based on the above investigation it has been determined that the loss was not a covered loss per your policy. The surface water due to a water main break caused mud and water to run against the foundation. The water sat for over a week before discovery and they seeped into the building.

Following our review of the details of this loss, we reviewed the coverage provided by the above referenced Policy. Your policy provides coverage for "direct physical loss...to Covered Property from any Covered Cause of loss" Please refer to form 40471, Rev. 11-2002, which states in pertinent part:

B. EXCLUSTIONS

h:prop-

# EXHIBIT B

From: Donna Gano At: Dark Insurance Agency  FaxID:  To: Lee Benton

Date: 7/25/05  03:49 PM  Page: 3 of 7

We will not pay for a *loss* caused directly or indirectly by any of the following. Such *loss* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the *loss*.

    e. Water

        (4) Water under the ground surface pressing on, or flowing or seeping through:

            (a) Foundations, walls, floors or paved surfaces;

            (b) Basements, whether paved or not; or

            (c) Doors, windows or other openings.

The water entered the building by leaching through the walls causing the interior damage.

Our investigation revealed that the water damaged property is not due to a COVERED CAUSE OF LOSS based on the policy language. Therefore, the resulting damages are not covered.

It is for the above reasons, together with any other Provisions, Condition, or exclusions, which may not be apparent at this writing that Assurance Company of America must disclaim coverage for this claim.

If you have any other information, facts or documentation, which you believe would affect this declination of coverage, please contact us. This letter is written solely to notify you of the current outcome of our claim investigation and is not intended to waive or invalidate any of the Insuring Agreements, Conditions, or Exclusion of Insurance Policy No. BRN 48521190 issued by Assurance Company of America.

Sincerely,
Assurance Company of America

Judy Null
Property Claim Specialist

cc:   DARK INSURANCE AGENCY
       PO BOX 506
       ALEXANDER CITY,  AL 35011-0506

h:prop.

Mr. Frank Lucas
Circuit Court Clerk of
Tallapoosa County
Tallapoosa County Courthouse
125 North Broadnax Street
Dadeville, AL 36853

**CERTIFIED MAIL**

7005 1160 0004 2369 8459

Certified Mail
Return Receipt Requested

ZURICH AMERICAN INSURANCE
1101 PERIMETER DRIVE
SCHAUMBURG ILLINOIS
60173-5844
Zurich North America



014H1S207284
HAS_ER
Mailed From 35203
US POSTAGE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT