IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| D E ENTERPRISES, LLC, d/b/a CASCADES DEVELOPMENT GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No:3:06 CV-692 (formerly CV-06-69 in the Circuit Court of Tallapoosa, Alabama) |
| ZURICH NORTH AMERICA d/b/a | ) ) | |
| ASSURANCE COMPANY OF AMERICA, | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Please take notice that Defendant, Assurance Company of America, Inc., has filed in the United States District Court for the Middle District of Alabama, Eastern Division, the following document:

1. Assurance Company of America, Inc.'s Initial Disclosures.

    Respectfully submitted,

    /s/ Anne Laurie Smith
    THOMAS M. O'HARA (OHART4140)
    ANNE LAURIE SMITH (SMITA2262)
    Attorney for Assurance Company of America

Of Counsel:

McDowell, Knight, Roedder & Sledge
63 South Royal St., Suite 900
P.O. Box 350
Mobile, AL  36601
Telephone:  251-432-5300
Facsimile:  251-432-5303
E-mail:  asmith@mcdowellknight.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of September, 2006, served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Anne Laurie Smith

COUNSEL:

Lee R. Benton, Esq.
Benton & Centeno LLP
2019 Third Avenue North
Birmingham, AL  35203