IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| D E ENTERPRISES, LLC d/b/a<br>CASCADES DEVELOPMENT GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:06-CV-00692-VPM<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF FILING INITIAL DISCLOSURES**

  Please take notice that on the 15th day of September, 2006, Initial Disclosures were served on all parties to this cause.

               /s/ Amy M. Hazelton
               Lee R. Benton (ASB-8421-E63L)
               Amy M. Hazelton (ASB-4742-Y81M)

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service, and mailed a copy by United States Mail, postage prepaid and properly addressed, as follows:

Thomas M. O'Hara
Anne Laurie Smith
McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
P. O. Box 350
Mobile, Alabama 36601

               /s/ Amy M. Hazelton
               Of Counsel

G:\wpusers\LRB\Cascades-Evans-DE Ent 2210\Zurich Ins - 003\Notice of Filing Initial Disclosures.wpd