**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 28, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   D E Enterprises, LLC v. Zurich North America
      Civil Action No.  3:06-cv-00692-VPM

The above-styled case has been reassigned to Judge Wallace Capel, Jr.

Please note that the case number is now **_3:06-cv-00692-WC_**.

This new case number should be used on all future correspondence and pleadings in this action.