**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| D E ENTERPRISES, LLC d/b/a ) | |
| CASCADES DEVELOPMENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:06-CV-00692-VPM |
| ) | |
| ASSURANCE COMPANY OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT ASSURANCE COMPANY OF AMERICA'S MOTION TO STAY**

COME NOW the Plaintiff, DE Enterprises, LLC d/b/a Cascades Development Group, LLC (hereinafter "Cascades"), and in response to Defendant's Motion to Stay provides as follows:

1. Plaintiff does not object to this matter being stayed pending the outcome of the related State Court Action; however, Plaintiff requests that the Court allow discovery to proceed along with the discovery in the related State Court Action.

2. Discovery is currently ongoing in the State Court Action. It would be an inefficient use of this Court's time to stay discovery in this matter. Plaintiff anticipates that the discovery in both cases will be similar, if not identical, as the issues involved overlap. As the Defendant stated in its motion, resolution of the issues involved in the present case will be dependent on the resolution of the issues in the State Court Action. As a result, it would be unnecessary for the Court to stay discovery in this matter when the discovery in this matter could be completed concurrently with the remaining discovery to be completed in the State Court Action. Not only will this

utilize this Court's time more efficiently, but will also be in the best interest of all of the parties involved.

3. Allowing discovery to proceed while staying the remainder of the litigation is in the best interest of judicial economy and the expeditious and economical determination of the litigation.

4. No prejudice would occur to the Defendant if the Court allows discovery to proceed.

    /s/ Amy M. Hazelton
Lee R. Benton (ASB-8421-E63L)
Amy M. Hazelton (ASB-4742-Y81M)

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service.

Thomas M. O'Hara
Anne Laurie Smith
McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
P. O. Box 35
Mobile, Alabama 36601

/s/ Amy M. Hazelton
Of Counsel