IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

D E ENTERPRISES, LLC, etc.,                    )
                                               )
                        Plaintiff,             )
                                               )
vs.                                            )    CIVIL ACTION NO. 3:06cv692-WHA
                                               )
ZURICH NORTH AMERICA, etc.,                    )
                                               )
                        Defendant.             )

## ORDER

This case has been reassigned to the undersigned judge, and is now before the court on

Defendant Assurance Company of America's Motion to Stay (Doc. #9), and Plaintiff's Response

(Doc. #11). Neither the motion nor the response indicates that the attorneys for the parties have

discussed this matter with each other before involving the court. Time and expense could have

been saved by their doing so. Therefore, it is hereby

ORDERED that the motion is DENIED, without prejudice to re-filing a simple motion

stating a joint request agreed to by the parties.

DONE this 11th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE