**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| D E ENTERPRISES, LLC, d/b/a CASCADES | ) | |
| DEVELOPMENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No:3:06 CV-692 |
| | ) | |
| | ) | |
| ZURICH NORTH AMERICA d/b/a | ) | |
| ASSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' RENEWED MOTION TO STAY**

Plaintiff, DE Enterprises, LLC ("DE Enterprises") and Defendant, Assurance Company of America ("ACoA"), move the Court to stay the trial of this action until such time as the state court action, *Cascades Development Group, LLC v. Walnut Hill Water Authority, et al.*, in the Circuit Court of Tallapoosa County, Alabama, Civil Action No. CV-05-61 ("the State Court Action"), has been resolved.  As grounds, the parties state as follows:

1.     The parties are in agreement that a resolution of certain issues in the present action are dependent upon a resolution of ultimate fact and/or legal issues involved in the State Court Action.  It would be an inefficient use of judicial time and resources to litigate these overlapping issues in two different forums.  Accordingly, both parties agree that this action should be stayed until such time as the State Court Action is resolved.  Further, the parties agree that although the trial of this action should be stayed, it is in the best interest of both parties as well as judicial economy to allow discovery in this action to proceed concurrently with the State Court Action.

2.     In response to the Court's January 11, 2007 Order, the parties recognize that time and expense could have been spared by conferring with one another prior to seeking relief from the Court, and the parties regret not doing so.

WHEREFORE, Plaintiff and Defendants respectfully request the Court stay the trial of this action while allowing discovery to proceed pending the outcome of the State Court Action.

Respectfully submitted,

/s/ Amy M. Hazelton
Lee R. Benton (BENTL8421)
Amy M. Hazelton (MAYA4742)
Attorneys for Plaintiff DE Enterprises
LLC

**Of counsel:**

Benton & Centeno, LLP
2019 Third  Avenue North
Birmingham, AL 35203
Telephone:     205-278-8000
E-mail: Ahazelton@bcattys.com

/s/ Anne Laurie Smith
THOMAS M. O'HARA (OHART4140)
ANNE LAURIE SMITH (SMITA2262)
Attorneys for Assurance Company of
America and Zurich North America

**Of Counsel:**

McDowell, Knight, Roedder & Sledge
63 South Royal St., Suite 900
P.O. Box 350
Mobile, AL  36601
Telephone:  251-432-5300
Facsimile:  251-432-5303
E-mail:  asmith@mcdowellknight.com

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 16th day of January 2007, served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


         <u>/s/ Anne Laurie Smith    </u>



<u>COUNSEL</u>:

Lee R. Benton, Esq.
Benton & Centeno LLP
2019 Third  Avenue North
Birmingham, AL  35203