IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| D E ENTERPRISES, LLC, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv692-WHA |
| ) | |
| ZURICH NORTH AMERICA, etc., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the parties' Renewed Motion to Stay (Doc. #13), filed on January 16, 2007, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that this case is STAYED, except for discovery, until such time as the underlying state court action has been resolved, or until later order of the court. Discovery in this action is allowed to proceed concurrently with the state court action.

The parties are DIRECTED to file a status report on this matter **July 24, 2007**, if the state court action has not been resolved by that time.

DONE this 24th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE