IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| D E ENTERPRISES, LLC, d/b/a CASCADES DEVELOPMENT GROUP, LLC, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 3:06 CV-692 |
| )<br>) | |
| ZURICH NORTH AMERICA d/b/a ASSURANCE COMPANY OF AMERICA, )<br>)<br>) | |
| Defendant. ) | |

## NOTICE OF SERVICE

Please take notice that Defendant, Assurance Company of America, has served the following on all parties or their counsel in this proceeding:

1. Defendant Assurance Company of America's First Interrogatories and Requests for Production to Plaintiff.

           Respectfully submitted,

           /s/ Anne Laurie Smith
           THOMAS M. O'HARA (OHART4140)
           ANNE LAURIE SMITH (SMITA2262)
           Attorney for Assurance Company of America

Pf Counsel:

McDowell, Knight, Roedder & Sledge
63 South Royal St., Suite 900
P.O. Box 350
Mobile, AL  36601
Telephone:  251-432-5300
Facsimile:  251-432-5303
E-mail:  asmith@mcdowellknight.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of February, 2007, served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      /s/ Anne Laurie Smith

COUNSEL:

Lee R. Benton, Esq.
Benton & Centeno LLP
2019 Third Avenue North
Birmingham, AL  35203

2