## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| D E ENTERPRISES, LLC, d/b/a CASCADES DEVELOPMENT GROUP, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Civil Action No: 3:06 CV-692 |
| ZURICH NORTH AMERICA d/b/a ASSURANCE COMPANY OF AMERICA, ) ) ) | |
| Defendant. ) | |

### PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the plaintiff and defendant, by and through their undersigned counsel, and hereby stipulate that the above-entitled action is and shall be dismissed with prejudice, each party to bear his, her, or its own costs.

Respectfully submitted,

/s/ Lee Benton
Lee R. Benton (BENTL8421)
Amy M. Hazelton (MAYA4742)
Attorneys for Plaintiff DE Enterprises LLC

**Of counsel:**

Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
Telephone:   205-278-8000
E-mail: Lbenton@bcattys.com

/s/ Anne Laurie Smith
THOMAS M. O'HARA (OHART4140)
ANNE LAURIE SMITH (SMITA2262)
Attorneys for Assurance Company of America and Zurich North America

**Of Counsel:**

McDowell, Knight, Roedder & Sledge
63 South Royal St., Suite 900
P.O. Box 350
Mobile, AL  36601
Telephone:  251-432-5300
Facsimile:  251-432-5303
E-mail:  asmith@mcdowellknight.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th ay of April 2007, served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                            /s/ Anne Laurie Smith_____

COUNSEL:

Lee R. Benton, Esq.
Benton & Centeno LLP
2019 Third Avenue North
Birmingham, AL  35203